NUMBER 13-04-291-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

IN RE: PUBLIC UTILITIES BOARD
__________________________________________________________________

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Castillo
Memorandum Opinion Per Curiam

         Relator filed a petition for writ of mandamus in the above cause on June 11,
2004. The Court, having examined and fully considered the petition for writ of
mandamus, is of the opinion that said petition should be denied. The petition for writ
of mandamus is hereby DENIED. The stay previously granted in this cause is lifted.
 
                                                                        PER CURIAM

Memorandum Opinion delivered and filed
this 29th day of June, 2004.